IN THE

# APPELLATE COURT

OF THE

## STATE OF INDIANA,

AT INDIANAPOLIS, NOVEMBER TERM, 1915, AND MAY
TERM, 1916, IN THE ONE HUNDREDTH YEAR
OF THE STATE.

---

JOSEPH ET AL. *v.* HORODESKY ET AL.

[No. 9,027.   Filed May 10, 1916.]

APPEAL.—*Briefs.*—*Insufficiency.*—Appellant's brief, containing no
statement of the errors assigned or relied on for reversal, no state-
ment of the record showing any error or exception relied on, and
no statement of the issues or decision, wholly failed to comply
with Rule 22, and no question was presented thereby.

From Starke Circuit Court; *Francis J. Vurpillat*,
Judge.

Action between Jacob Joseph and another, and
Juda Horodesky and others.   From the judgment
rendered Jacob Joseph and another appeal. *Affirmed.*

*Daniel A. Levy* and *W. C. Pentecost*, for appellants.
*Charles Hamilton Peters*, for appellees.

IBACH, C. J.—Under Rule 22 of the Supreme and
Appellate Courts, the briefs in this case present no
question to this court for determination. Appel-
lants' brief contains no statement whatever of the
errors assigned or relied on for reversal, no state-
ment of the record showing any error or exception
relied on, and no statement of the issues or decision.
It contains merely what is called a statement of
facts consisting of counsel's deductions from the
evidence, followed by quotations from certain

authorities on abstract questions of law, but which are not applied to any specific action of the court. There follows a discussion of some relative rights of appellee and appellant, but nowhere in the brief is mention made of any specific action of the court, or of any specific error. It is impossible for the court from a consideration of the brief of appellant, together with appellee's brief, to find out what was done in the court below, and to ascertain and know with any certainty the question or questions attempted to be presented by this appeal, without resort to the record, and therefore no question is presented for decision. *Repp* v. *Indianapolis, etc., Traction Co.* (1915), —Ind. App. —, 109 N. E. 441; *Vandalia Coal Co.* v. *Bland* (1915), 59 Ind. App. 308, 108 N. E. 176; *Gary, etc., R. Co.* v. *Hacker* (1915), 58 Ind. App. 618, 108 N. E. 756; *Johnson* v. *Bebout* (1915), 59 Ind. App. 159, 108 N. E. 967; *Roark* v. *Voshell* (1915), 58 Ind. App. 203, 108 N. E. 18.   Judgment affirmed.

Note.—Reported in 112 N. E. 529.